STATE OF CONNECTICUT *v.* JOHN DE JOSEPH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied. Practice Book § 979.

*William D. Graham* and *Howard H. Orenstein,* in support of the petition.

*Arnold Markle,* prosecuting attorney, in opposition.

Submitted June 7—decided June 27, 1966

THE DERBY SAVINGS BANK *v.* CHESTER KURKOWSKI ET AL.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Carl A. Lundgren* and *James C. Lyons,* in support of the petition.

*Leo Vine,* in opposition.